```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 38820
    RICHARD A GUYTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1801


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/21/2005 and was confirmed 11/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 08/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC   NOTICE ONLY     NOT FILED              .00             .00
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED              .00             .00
AMERICAN FINANCIAL MANAG UNSECURED       NOT FILED              .00             .00
AMERICASH                UNSECURED       NOT FILED              .00             .00
CHICAGO STATE UNIVERSITY UNSECURED       NOT FILED              .00             .00
CREDIT PROTECTION ASSOCI UNSECURED       NOT FILED              .00             .00
ENCORE RECEIVABLES       UNSECURED       NOT FILED              .00             .00
HARRIS & HARRIS          UNSECURED       NOT FILED              .00             .00
JEFF TOMCZAK             UNSECURED       NOT FILED              .00             .00
JOSEPH IRAK              UNSECURED       NOT FILED              .00             .00
LINEBARGER GOGGAN BLAIR  UNSECURED       NOT FILED              .00             .00
MIDTOWN PHYSICIANS       UNSECURED       NOT FILED              .00             .00
NATIONAL FINANCIAL SYSTE UNSECURED       NOT FILED              .00             .00
PUBLISHERS CLEARING HOUS UNSECURED       NOT FILED              .00             .00
OMNIUM WORLDWIDE INC     UNSECURED       NOT FILED              .00             .00
RENE MARTIN EARLES MD    UNSECURED       NOT FILED              .00             .00
RIVERSIDE MENTAL HEALTH  UNSECURED       NOT FILED              .00             .00
TRINITY HOSPITAL         UNSECURED       NOT FILED              .00             .00
VALENTINE & KEBARTAS INC UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO PARKING  UNSECURED          150.00              .00          150.00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT      194.00              .00          194.00
ECAST SETTLEMENT CORP    UNSECURED         1334.04              .00         1334.04
ISAC                     FILED LATE       12633.11              .00             .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY       2,700.00                         2,700.00
TOM VAUGHN               TRUSTEE                                              297.53
DEBTOR REFUND            REFUND                                               131.43

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               4,807.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 38820 RICHARD A GUYTON
```

```
PRIORITY                                                      194.00
SECURED                                                          .00
UNSECURED                                                   1,484.04
ADMINISTRATIVE                                              2,700.00
TRUSTEE COMPENSATION                                          297.53
DEBTOR REFUND                                                 131.43
                                    ---------------     ---------------
TOTALS                                     4,807.00            4,807.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE